| §PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0206 1:06CR00306-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 18-80021-TP- MIDDLEBROOKS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Benjamin Harris<br>Southern District of Florida | Northern District of New York | U.S. Probation- Albany |
| FILED by ___ D.C.<br>SEP 2 1 2018<br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - W.P.B. | NAME OF SENTENCING JUDGE | |
| | Honorable Lawrence E. Kahn, Senior USDCJ | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/02/2017 — TO 03/01/2020 |

**OFFENSE**

Maliciously Damage and Destroy, by Mean of Fire, a Business and Property Used in and Affecting Interstate and Foreign Commerce

18 U.S.C. §844(i)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of New York

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/11/18
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/17/18
*Effective Date*

*United States District Judge*

♣AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
            Sheet 1

# UNITED STATES DISTRICT COURT

| Northern | District of | New York |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| Benjamin Harris | Case Number: DNYN106CR000306-001 |
| | USM Number: 75139-004 |
| | Timothy Austin |
| | 39 North Pearl Street-5th Floor |
| | Albany, New York 12207 |
| | (518)436-1850 |
| | Defendant's Attorney |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

**THE DEFENDANT:**

X pleaded guilty to count(s)   1 of the Information on August 30, 2006

☐ pleaded nolo contendere to count(s) _____
 which was accepted by the court.

☐ was found guilty on count(s) _____
 after a plea of not guilty.

LAWRENCE K. BAERMAN, CLERK
ALBANY

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. §844(i) | Maliciously Damage and Destroy, by Means of Fire, a Business and Property Used in and Affecting Interstate and Foreign Commerce | September 30, 2001 | 1 |

COPIES SENT
4/18/07

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed in accordance with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 11, 2007
Date of Imposition of Judgment

[signature]

ORIGINAL

4/18/07
Date

AO 245B   NNY(Rev. 10/05) Judgment in a Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: HARRIS, Benjamin
CASE NUMBER: DNYN106CR000306-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

132 Months to run concurrently to the sentence imposed on October 17, 2005, in the United States District Court for the Southern District of Florida.

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant participate in the Bureau of Prison's Comprehensive Residential Drug Treatment Program and Mental Health Treatment while incarcerated.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   NNY(Rev. 10/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 6

DEFENDANT: HARRIS, Benjamin
CASE NUMBER: DNYN106CR000306-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

3 Years

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Deselect, if inapplicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and
14) the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

AO 245B   NNY(Rev. 10/05) Judgment in a Criminal Case
          Sheet 3C — Supervised Release

Judgment—Page 4 of 6

DEFENDANT: HARRIS, Benjamin
CASE NUMBER: DNYN106CR000306-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program for substance abuse which shall include testing for drug and/or alcohol use and may include inpatient or outpatient treatment. The program shall be approved by the Probation Office;
2. The defendant shall participate in a mental health program which shall include medical, psychological, or psychiatric evaluation and may include outpatient and/or inpatient treatment. The program shall be approved by the United States Probation Office;
3. The defendant shall contribute to the costs of any evaluation and/or treatment services rendered in an amount to be determined by the Probation Officer based on ability to pay and availability of third party payments;
4. The defendant shall refrain from the use of alcohol while in treatment and for the remainder of the term of supervision following completion of treatment;
5. The defendant shall provide the probation officer with access to any requested financial information; and
6. The Court finds there is a reasonably foreseeable risk that the defendant may engage in criminal conduct similar or related to the present offense or the defendant's past criminal conduct. Therefore, the Court directs the defendant to notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and directs the probation officer to confirm the defendant's compliance with this notification requirement.

## DEFENDANT'S ACKNOWLEDGMENT OF APPLICABLE CONDITIONS OF SUPERVISION

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

The conditions of supervision have been read to me. I fully understand the conditions and have been provided a copy of them.

_____    _____
Defendant                  Date

_____    _____
U.S. Probation Officer/Designated Witness    Date

AO 245B   NNY(Rev. 10/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: HARRIS, Benjamin
CASE NUMBER: DNYN106CR000306-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100 | $ None | $ 2,750 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Michael Cole | $1,000 | $1,000 | |
| David Mannix | $950 | $950 | |
| Linnea Potter | $800 | $800 | |
| **TOTALS** | $ $2,750 | $ $2,750 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    X  the interest requirement is waived for the   ☐ fine   X restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

Judgment — Page   6   of   6  

DEFENDANT:    HARRIS, Benjamin
CASE NUMBER:    DNYN106CR000306-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   X   In full immediately; or

**B**   ☐   Lump sum payment of $ _____ due immediately, balance due

       ☐ not later than _____ , or
       ☐ in accordance with ☐ D, ☐ E, ☐ F, or ☐ G below; or

**C**   ☐   Payment to begin immediately (may be combined with ☐ D, ☐ E, or ☐ G below); or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**E**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**F**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**G**   X   Special instructions regarding the payment of criminal monetary penalties:

     The defendant shall pay restitution at a minimum rate of 25% of the defendant's total income while incarcerated, and a minimum of $100 per month or 10% of the defendant's total income, whichever is greater, upon the defendant's release from imprisonment. If at any time the defendant should have the financial resources available to do so, the defendant shall pay restitution in full immediately. The defendant shall be given credit for any payments or credits made on the defendant's behalf. The interest requirement on restitution is waived.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to **Lawrence K. Baerman, Clerk, U.S. District Court, Federal Bldg., P.O. Box 7367, 100 S. Clinton Street, Syracuse, N.Y. 13261-7367**, unless otherwise directed by the court, the probation officer, or the United States attorney. If a victim cannot be located, the restitution paid to the Clerk of the Court for that victim shall be sent to the Treasury, to be retrieved if and when the victim is located.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     ☐   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

     ☐   The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

BENJAMIN HARRIS,

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INFORMATION

Criminal Action No. 06-CR- 306 (LEK)

18 U.S.C. § 844

(1 Felony Count)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 30 2006

LAWRENCE K. BAERMAN, CLERK
ALBANY

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT I

That between February 24, 1999 and September 2001, in Montgomery and Schenectady Counties, in the Northern District of New York, BENJAMIN HARRIS, the defendant herein, did maliciously damage by means of fire the following buildings used in interstate commerce located at 8 Douglas Road, Schenectady, New York; West Glenville Road, Montgromery County, New York; Christy's Bar, Broadway, Schenectady, New York; 880 and 882 Yorkston Street, Schenectady, New York; 609 Lansing Street, Schenectady, New York; 646 Lansing Street, Schenectady, New York; 655 Crane Street, Schenectady, New York; 651 and 653 Lansing Street, Schenectady, New York; 901 Bridge Street, Schenectady, New York; 913 and 915 Bridge Street, Schenectady, New York; 1032 Cutler Street, Schenectady, New York; Horstman Drive, East Glenville, New York; Crane Street, Schenectady, New York; 801 Bridge Street, Schenectady, New York; 601 and 603 Lansing Street, Schenectady, New York; 1101 and 1103 Second Avenue, Schenectady, New York; 1118 Crane Street, Schenectady, New York; Summit Avenue, Schenectady, New York; 23 Catherine Street, Schenectady, New York;

Frost Acres, Skyline Drive, Schenectady, New York, and vehicles, real and personal property located thereon.

All in violation of Title 18, United States Code, Section 844(i).

GLENN T. SUDDABY
UNITED STATES ATTORNEY

BY: _____
JAMES C. WOODS
ASSISTANT U.S. ATT0RNEY

Query     Reports     Utilities     Help     What's New     Log Out

CLOSED

# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.2 (Revision 1.2)] (Albany)
### CRIMINAL DOCKET FOR CASE #: 1:06-cr-00306-LEK-1

Case title: USA v. Harris
Magistrate judge case number: 1:05-mj-00136-DRH

Date Filed: 08/30/2006
Date Terminated: 04/18/2007

Assigned to: Senior Judge Lawrence E. Kahn

Appeals court case number: '07-1677-cr' '2CCA'

## Defendant (1)

**Benjamin Harris**
*TERMINATED: 04/18/2007*

represented by **Timothy E. Austin**
Office of the Federal Public Defender - Albany Office
Northern District of New York
39 North Pearl Street, 5th Floor
Albany, NY 12207
518-436-1850
Fax: 518-436-1780
Email: tim.austin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*
*Fee Status: waived_2017*

## Pending Counts

EXPLOSIVES USED IN COMMISSION OF FELONY
(1)

## Disposition

Mr. Harris is sentenced to: 132 months imprisonment to run concurrently to any sentence in the Southern District of Florida, 3 years supervised release - post imprisonment, special conditions, $2,750.00 restitution & $100.00 special assessment

## Highest Offense Level (Opening)

Felony

**Terminated Counts**                                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                       **Disposition**

18:844I.F

**Plaintiff**

USA                                          represented by **James C. Woods**
                                                             Office of United States Attorney -
                                                             Albany
                                                             James T. Foley U.S. Courthouse
                                                             445 Broadway, Room 218
                                                             Albany, NY 12207-2924
                                                             518-431-0247
                                                             Fax: 518-431-0249
                                                             Email: Jamie.Woods2@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Active*
                                                             *Fee Status: waived_2017*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2005 | 1 | COMPLAINT as to Benjamin Harris (1). (Attachments: # 1 photo exhibits (3)) (wjg, ) [1:05-mj-00136-DRH] (Entered: 04/05/2005) |
| 04/04/2005 |   | Arrest Warrant Issued by David R. Homer in case as to Benjamin Harris. (wjg, ) [1:05-mj-00136-DRH] (Entered: 04/06/2005) |
| 12/15/2005 | 2 | Warrant (Arrest) Returned Executed on 12/14/05, in case as to Benjamin Harris (wjg, ) [1:05-mj-00136-DRH] (Entered: 12/16/2005) |
| 01/11/2006 | 3 | Minute Entry for proceedings held before Judge David R. Homer : Appearances: Tim Austin, James WoodsInitial Appearance as to Benjamin Harris held on 1/11/2006. Defendant waives Detention and Preliminary Hearings. (CRD Cindy Mezoff) (cjm, ) [1:05-mj-00136-DRH] (Entered: 01/11/2006) |
| 01/11/2006 |   | Attorney update in case as to Benjamin Harris. Attorney Timothy E. Austin for Benjamin Harris added. (cjm, ) [1:05-mj-00136-DRH] (Entered: 01/11/2006) |

| | | |
|---|---|---|
| 01/11/2006 | | Attorney update in case as to Benjamin Harris. Attorney James C. Woods for USA added. (cjm, ) [1:05-mj-00136-DRH] (Entered: 01/11/2006) |
| 01/11/2006 | 4 | NOTICE OF ATTORNEY APPEARANCE: Timothy E. Austin appearing for Benjamin Harris (Austin, Timothy) [1:05-mj-00136-DRH] (Entered: 01/11/2006) |
| 01/12/2006 | 5 | STIPULATION/ORDER TO CONTINUE - Ends of Justice as to Benjamin Harris. Time excluded from 1/11/06 until 3/13/06 . Signed by Judge David R. Homer on 1/11/06. (wjg, ) [1:05-mj-00136-DRH] (Entered: 01/12/2006) |
| 01/12/2006 | 6 | ORDER OF DETENTION as to Benjamin Harris . Signed by Judge David R. Homer on 1/11/06. (wjg, ) [1:05-mj-00136-DRH] (Entered: 01/12/2006) |
| 03/10/2006 | 7 | STIP/ORDER TO CONTINUE - Ends of Justice as to Benjamin Harris. Time excluded from 3/10/06 until 5/9/06 . Signed by Judge David R. Homer on 3/10/06. (wjg, ) [1:05-mj-00136-DRH] (Entered: 03/10/2006) |
| 05/11/2006 | 8 | STIP/ORDER TO CONTINUE - Ends of Justice as to Benjamin Harris. Time excluded from 5/10/06 until 7/9/06 . Signed by Judge David R. Homer on 5/10/06. (wjg, ) [1:05-mj-00136-DRH] (Entered: 05/12/2006) |
| 07/10/2006 | 9 | STIP?ORDER TO CONTINUE - Ends of Justice as to Benjamin Harris. Time excluded from 7/10/06 until 9/8/06. No further extensions will be granted . Signed by Judge David R. Homer on 7/10/06. (wjg, ) [1:05-mj-00136-DRH] (Entered: 07/11/2006) |
| 08/30/2006 | 10 | WAIVER OF INDICTMENT by Benjamin Harris. (wjg, ) (Entered: 08/31/2006) |
| 08/30/2006 | 11 | INFORMATION as to Benjamin Harris (1) count(s) 1. (wjg, ) (Entered: 08/31/2006) |
| 08/30/2006 | 12 | PLEA AGREEMENT as to Benjamin Harris (wjg, ) (Entered: 08/31/2006) |
| 08/30/2006 | 13 | Minute Entry for proceedings held before Judge Lawrence E. Kahn :Plea Agreement Accepted as to Benjamin Harris, Plea entered by Benjamin Harris (1) Guilty Count 1. Court accepts plea; PSR Ordered; Plea agreement handed up for filing; sentencing set for 12/12/06 @ 11:00am in Albany; deft remanded. (Court Reporter T. Casal; CRD-S. Snyder) (wjg, ) (Entered: 08/31/2006) |
| 08/30/2006 | 14 | GUIDELINE ORDER as to Benjamin Harris: Sentencing set for 12/12/2006 11:00 AM in Albany before Judge Lawrence E. Kahn. Government Sentencing Memo Deadline 11/28/2006; Defendant Sentencing Memo Deadline 11/28/2006. Signed by Judge Lawrence E. Kahn on 8/30/06. (wjg, ) (Entered: 08/31/2006) |
| 11/20/2006 | 15 | Letter from AUSA James C. Woods as to Benjamin Harris requesting an adjournment of 30 days (Woods, James) (Entered: 11/20/2006) |
| 11/21/2006 | 16 | ORDER as to Benjamin Harris granting 15 Letter Request filed by USA, Sentencing reset for 1/9/2007 10:30 AM in Albany before Judge Lawrence E. Kahn. Signed by Judge Lawrence E. Kahn on 11/21/06. (wjg, ) (Entered: 11/21/2006) |
| | | |

| 12/26/2006 | 17 | Letter from counsel as to Benjamin Harris requesting adjournment of sentencing (Austin, Timothy) (Entered: 12/26/2006) |
|---|---|---|
| 01/02/2007 | | Reset Deadlines/Hearings as to Benjamin Harris: Sentencing is reset for 1/31/2007 at 10:00 AM in Albany before Judge Lawrence E. Kahn. Proceeding adjourned upon the written request of Mr. Austin dated 12/26/06. (sas) (Entered: 01/02/2007) |
| 01/03/2007 | 18 | SENTENCING MEMORANDUM by USA as to Benjamin Harris (Woods, James) (Entered: 01/03/2007) |
| 01/23/2007 | | Reset Deadlines/Hearings as to Benjamin Harris: Sentencing is reset for 3/7/2007 11:00 AM in Albany before Judge Lawrence E. Kahn. Proceeding is adjourned at the request of the AFPD - adjournment is unopposed by the AUSA. (sas) (Entered: 01/23/2007) |
| 02/27/2007 | | Reset Deadlines/Hearings as to Benjamin Harris: Sentencing is reset for 4/11/2007 at 10:00 AM in Albany before Judge Lawrence E. Kahn. Proceeding adjourned at the request of defense counsel. (sas) (Entered: 02/27/2007) |
| 04/05/2007 | 19 | SENTENCING MEMORANDUM by Benjamin Harris (Attachments: # 1 Exhibit(s) A-S.D. Fl. plea agreement# 2 Exhibit(s) B-CPS records# 3 Exhibit(s) C-Defense objections to PSR)(Austin, Timothy) (Entered: 04/05/2007) |
| 04/11/2007 | 20 | Minute Entry for proceedings held before Judge Lawrence E. Kahn: Sentencing held on 4/11/2007 for Benjamin Harris (1), Count(s) 1. Mr. Harris is sentenced to: 132 months imprisonment to run concurrently to any sentence in the Southern District of Florida, 3 years supervised release - post imprisonment, special conditions, $2,750.00 restitution & $100.00 special assessment. Mr. Harris is REMANDED. Appearances: AUSA W. Pericak, AFPD T. Austin & PO D. Voice. (Court Reporter Daine Martens & CRD S. Snyder) (sas) Additional attachment(s) added on 4/12/2007 (sas, ). (Entered: 04/12/2007) |
| 04/18/2007 | 21 | JUDGMENT as to Benjamin Harris (1), Count(s) 1, Mr. Harris is sentenced to: 132 months imprisonment to run concurrently to any sentence in the Southern District of Florida, 3 years supervised release - post imprisonment, special conditions, $2,750.00 restitution & $100.00 special assessment. Signed by Judge Lawrence E. Kahn on 4/18/07. (wjg, ) (Entered: 04/18/2007) |
| 04/20/2007 | 22 | NOTICE OF APPEAL by Benjamin Harris re 21 Judgment, (Austin, Timothy) (Entered: 04/20/2007) |
| 04/23/2007 | 23 | ELECTRONIC NOTICE as to Benjamin Harris sent to US Court of Appeals re 22 Notice of Appeal - Final Judgment (wjg, ) (Entered: 04/23/2007) |
| 05/04/2007 | 24 | USCA Scheduling Order as to 22 Notice of Appeal - Final Judgment filed by Benjamin Harris. USCA Case No. 07-1677-cr. Appealed to: 2CCA. Certification of Appeal Record due by 5/15/07. (wjg, ) (Entered: 05/04/2007) |
| 05/04/2007 | 25 | ELECTRONIC CERTIFICATION of Record on Appeal as to Benjamin Harris sent to US Court of Appeals re 22 Notice of Appeal - Final Judgment (wjg, ) (Entered: 05/04/2007) |
| 06/20/2007 | 26 | |

|  |  | RECORD of Proceedings as to Benjamin Harris: Plea held on August 30, 2006 before Judge Lawrence E. Kahn, Court Reporter: Theresa J. Casal. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Redact with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Notice of Intent to Redact due by 6/27/2007 Transcript due by 9/18/2007. (tjc, ) (Entered: 06/20/2007) |
|---|---|---|
| 09/24/2007 | 27 | TRANSCRIPT of Proceedings (Unredacted) as to Benjamin Harris: Change of Plea held on August 30, 2006 before Judge Lawrence E. Kahn, Court Reporter: Theresa J. Casal. (tjc, ) (Entered: 09/24/2007) |
| 10/30/2008 | 28 | MANDATE of USCA, issued 10/28/08, as to Benjamin Harris' 22 Appeal, AFFIRMING judgment of the district court. (cbm ) (Entered: 10/30/2008) |